UNITED STATES COURT OF INTERNATIONAL TRADE         FORM  1

| Skydio, Inc. |
| :--- |
| **Plaintiff,** |
| v. |
| **UNITED STATES,** |
| **Defendant.** |

S U M M O N S

Court No. 25-00220

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Gina Justice
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 3279 - FedEx ECCF, Honolulu, HI | Center (if known): | Electronics |
| :--- | :--- | :--- | :--- |
| Protest Number: | 327925100455 | Date Protest Filed: | January 22, 2025 |
| Importer: | Skydio, Inc. | Date Protest Denied: | April 11, 2025 |
| Category of Merchandise: | 3926.90.9985 (Other plastic materials) | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| :--- | :--- | :--- | :--- | :--- | :--- |
| 79984629899 | 11/22/2023 | 10/18/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Foote
1501 K Street N.W., Washington, D.C. 20005
+1 202-736-8549 john.foote@sidley.com

Name, Address**,** Telephone Number and
E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 U.S.C. 1401a(a)(1)(A) | Erroneous invoice. |
| Protest Claim: | 19 U.S.C. 1401a(a)(1)(A) | Corrected invoice. |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
CBP erred in denying plaintiff's protest, failing to reliquidate the subject entry and issue an appropriate refund of duties and merchandise processing fee.

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ John M. Foote
_____
*Signature of Plaintiff's Attorney*

October 8, 2025
_____
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021; Oct. 1, 2025, eff. Oct. 1, 2025.)