## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SKYDIO, INC.<br><br>                              *Plaintiff,*<br><br>        v.<br><br>UNITED STATES,<br><br>                              *Defendant.* | Case No. 25-00220 |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges, or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by Entry No. 799-8462989-9 consists of "R21, HARD STOP" plastic parts, classified under subheading 3926.90.99 of the Harmonized Tariff Schedule of the United States, at a duty rate of 5.3% *ad valorem*.

3. The merchandise covered by Entry No. 799-8462989-9 was appraised by U.S. Customs and Border Protection at $17,380,200.00 ($2,094 per piece).

4. The stipulable imported merchandise will be appraised at $17,380.20 ($2.094 per piece).

5. The imported merchandise is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7.  All other claims and non-stipulable entries are abandoned.

8.  Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: _____
John M. Foote

Dated April 23, 2026

SIDLEY AUSTIN, LLP
1501 K Street, NW
Washington, DC 20005
202 736 8840
john.foote@sidley.com

*Counsel for Skydio, Inc.*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: _____
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By: _____
ALEXANDER VANDERWEIDE
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza
New York, New York 10278
Tel.: (212) 264-9230
alexander.Vanderweide@usdoj.gov
Attorneys for Defendant

Stipulated Judgment on Agreed Statement of Facts,
Skydio, Inc. v. United States
Court No. 25-00220

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be

entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials

shall reliquidate the entry and make refund in accordance with the stipulation of the parties set

forth above.

_____

Judge

Date: _____